James E. Cecchi
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

*Attorney for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LEWIS YOUNG, *et al.*, And All Others Similarly Situated,<br><br>                    Plaintiffs,<br>v.<br><br>MERCEDES-BENZ USA, LLC, *et al.*,<br><br>                    Defendants. | Case No. 3:22-cv-05502-RK-DEA |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice of their voluntary dismissal. Defendants have not yet served an answer nor moved for summary judgment, and accordingly their dismissal is without prejudice.

Dated: June 16, 2023

Respectfully submitted,

*/s/ James E. Cecchi*
James E. Cecchi, Esq.
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
jcecchi@carellabyrne.com

*Attorney for Plaintiffs and the Proposed Class*

So ordered this 14 day of July, 2023.

Robert Kirsch, U.S.D.J.